IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

      Plaintiff,     No. CIV 2:10-cv-3173-JAM-JFM

  vs.

MARVIN D. ONG, et al.,

      Defendants.     <u>ORDER</u>

_____/

      The parties have stipulated to the dismissal of this action. Pursuant to Fed. R. Civ. P. 41(a), the parties' request shall be honored.

      Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

DATED: February 22, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

/014;john3173.59